IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GHASSAN AYESH,

       Plaintiff,

  v.

FAIR ISAAC CORPORATION, et al.,

       Defendants.

_____/

No. C 04-2980 SI

**ORDER GRANTING REQUEST TO
COMPEL EXAMINATION OF PLAINTIFF**

Defendants' unopposed request for an order requiring plaintiff to appear for examination before Dr. Ronnie Sue Leith for an approximately four-hour psychiatric examination and requiring plaintiff to complete psychometric testing before a licensed clinical psychologist working in consultation with Dr. Leith is GRANTED.  Plaintiff shall make himself available for testing and examination forthwith.

Further, the deadline for designating experts is extended from July 1, 2005 to July 15, 2005 and the deadline to complete expert discovery is extended from July 19, 2005 to August 2, 2005.

**IT IS SO ORDERED.**

Dated: June 17, 2005

                                S/Susan Illston_____
                               SUSAN ILLSTON
                               United States District Judge

**United States District Court**
For the Northern District of California